BARBARA J. PARKER, City Attorney, SBN 069722
MARIA BEE, Chief Assistant City Attorney, SBN 167716
KEVIN P. MCLAUGHLIN, Supervising Deputy City Attorney, SBN 251477
HANS I. MOORE, Deputy City Attorney, SBN 309685
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-7559; Fax: (510) 238-6500
Email: hmoore@oaklandcityattorney.org
34248/3197082

Attorneys for Defendants
GIOVANA BORGNA,
JAMES YAMASHITA, and
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO MCQUARTERS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>OAKLAND POLICE OFFICER GIOVANA BORGNA, ET AL.,<br><br>　　　　Defendant(s). | Case No. 22-CV-03679-VC<br><br>**DEFENDANTS CITY OF OAKLAND, GIOVANA BORGNA, AND JAMES YAMSHITA'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE AND ORDER (AS MODIFIED)** |

Pursuant to the Court's Notice of Settlement Conference and Settlement Conference Order filed November 4, 2022 (Dkt. No. 16), Defendants City of Oakland, and Officers Giovana Borgna and James Yamashita, through their attorney, Hans Moore, respectfully request to continue the settlement conference currently scheduled for January 31, 2023. Defendants seek a continuance to a date convenient to the court and all parties.

The case is not currently at issue, due to the recent filing of an amended complaint, and a pending motion to dismiss which is set to be heard on February 16, 2023. Several other recently-named defendants have not yet been served. The unsettled state of the pleadings is compelling reason for a continuance. Counsel for Defendants has sought to confer with Plaintiff's counsel regarding this issue but as of the time of this filing has received no response.

As additional background, on December 11, 2022, Plaintiff filed a Motion for Leave to Amend Plaintiff's Complaint.

On December 27, 2022, Defendant Giovana Borgna filed Defendant's Statement of Non-Opposition to Plaintiff's Motion for Leave to Amend Complaint.

On December 29, 2022, Plaintiff filed a First Amended Complaint adding defendants City of Oakland and Oakland Police Department (OPD) Officers Scott Lamphier, James Yamashita, and Alexander Molina.

On January 12, 2023, pursuant to Rule 12(b)(6), Defendants City of Oakland and James Yamashita filed a Motion to Dismiss Plaintiff's First Amended Complaint. Defendants' motion to dismiss is scheduled to be heard on February 16, 2023 at 10:00 a.m. before Magistrate Judge Thomas S. Hixson. To Defendants' knowledge, Defendants Scott Lamphier and Alexander Molina have not yet been served.

On January 13, 2023, undersigned defense counsel sought Plaintiff counsels' position regarding filing a motion to continue the settlement conference scheduled on January 31, 2023. As of the time of this filing Plaintiff's counsel have not responded.

As a result of the unsettled pleadings and newly added defendants - some who have yet to be served - it is not possible to have a productive settlement conference on January 31st. Therefore, Defendants City of Oakland and Officers Borgna and Yamashita respectfully

request this Court continue the settlement conference to a future date.

Finally, continuing the settlement conference would not prejudice any of the parties in this case or requiring the altering of any other deadline. The parties have been ordered to complete a settlement conference by September 21, 2023.

Dated: January 23, 2023          Respectfully submitted,

BARBARA J. PARKER, City Attorney

By: /s/ *Hans I. Moore*
HANS I. MOORE, Deputy City Attorney
Attorneys for Defendants
CITY OF OAKLAND, GIOVANA BORGNA, and
JAMES YAMASHITA

## ORDER (AS MODIFIED)

Defendants CITY OF OAKLAND, GIOVANA BORGNA, and JAMES YAMADHITA having shown good cause supporting therefore Defendants request for a continuance of Settlement Conference is hereby granted, and the Settlement Conference scheduled for January 31, 2023 is vacated.  Magistrate Judge Donna M. Ryu will conduct another settlement planning call on February 22, 2023 at 9:30 a.m.  Counsel will receive call-in credentials by email.

IT IS SO ORDERED AS MODIFIED.

Dated:  January 24, 2023

_____
DONNA M. RYU
United State Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*