UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO MCQUARTERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GIOVANNA BORGNA, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-03679-TSH<br><br>**ORDER TO SHOW CAUSE** |

On January 12, 2023, Defendants City of Oakland, Giovana Borgna and James Yamashita filed a motion to dismiss. ECF No. 25. As Plaintiff Orlando McQuarters failed to file an opposition pursuant to Civil Local Rule 7, the Court ordered him to file a status report by June 8. ECF No. 57. Plaintiff failed to respond. Accordingly, the Court **ORDERS** Plaintiff to show cause why his claims against the moving defendants should not be dismissed, as well as why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 22, 2023. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on July 6, 2023 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

If Plaintiff intends to prosecute this matter, any opposition to the motion must also be filed by June 22, 2023. If Plaintiff files an opposition, Defendants shall file any reply by July 6, 2023.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will likely be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 13, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge