UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO MCQUARTERS,<br><br>    Plaintiff,<br><br>v.<br><br>GIOVANNA BORGNA, et al.,<br><br>    Defendants. | Case No. 22-cv-03679-TSH<br><br>**ORDER DISCHARGING SHOW CAUSE ORDER AND GRANTING MOTION TO DISMISS** |

On August 31, 2023, Defendant City of Oakland filed a motion to dismiss Plaintiff Orlando McQuarters' *Monell* claim. ECF No. 80. After Plaintiff failed to respond to the motion, the Court ordered him to show cause why this case should not be dismissed for failure to prosecute. ECF No. 82. Having reviewed the response of Plaintiff's counsel, Stanley Goff (ECF No. 84), the Court **DISCHARGES** the show cause order. Plaintiff has also filed a statement of non-opposition indicating that he does not oppose the City's motion. ECF No. 83. Accordingly, the Court **GRANTS** the City's motion to dismiss Plaintiff's *Monell* claim.

    **IT IS SO ORDERED.**

Dated: September 22, 2023

THOMAS S. HIXSON
United States Magistrate Judge